# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                                Case No. **3:17-bk-14749**
                                                                      Judge _____
**Sojak, Arthur & Sojak, Amanda**                                     Chapter **13**
                        Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

[ ] Original                 [X] Modified/Notice Required          [X] Discharge Sought
[X] Motions Included         [ ] Modified/No Notice Required       [ ] No Discharge Sought

Date: **May 30, 2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ **1,500.00** per **month** to the Chapter 13 Trustee, starting on **3/01/2017** for approximately **60** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   [X] Future Earnings
   [ ] Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
   [ ] Sale of real property
       Description:
       Proposed date for completion: _____

   [ ] Refinance of real property
       Description:
       Proposed date for completion: _____

   [ ] Loan modification with respect to mortgage encumbering property
       Description:
       Proposed date for completion: _____

d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. [ ] Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection

| | |
|---|---|
| a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor). | |
| b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor). | |

**Part 3: Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Capone & Keefe, PC** | **Attorney fee** | **1,750.00** |

**Part 4: Secured Claims**

   **a. Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

   **b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **Toyota Motor Credit Co** | **2014 Toyota Highlander** | **37,160.55** | **28,375.00** | **0.00** | **28,375.00** | **4.75%** | **29,808.00** |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

   **c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Nissan Motor Acceptance** | **2015 Nissan Murano** | **27,122.00** | **15,742.00** |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:
**Nissan Finance**
**Real Time Resolutions**
**US Bank Home Mortgage**

### e. Secured Claims to Be Paid in Full Through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** | | |

## Part 5: Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

___ Not less than $ _____ to be distributed *pro rata*
___ Not less than _____ percent
 **X** *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **None** | | |

## Part 7: Motions

> **NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal*, **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

3

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **None** | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **Toyota Motor Credit Co** | **2014 Toyota Highlander** | 28,375.00 | 8,785.55 |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

  **X**  Upon Confirmation
  ___  Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

    1) **Trustee Commissions**
    2) **Other Administrative Claims**
    3) **Secured Claims**
    4) **Lease Arrearages**
    5) **Priority Claims**
    6) **General Unsecured Claims**

**d. Post-petition claims** The Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this plan modifies a plan previously filed in this case, complete the information below.

Date of Plan being modified:  **3/10/2017**

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| **To include language to surrender the timeshares to Disney Vacation Club and to indicate that Nissan Motor Acceptance would be paid regular payments outside the plan.** | |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

**Part 10: Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: **May 30, 2017**            */s/ Marc Capone*
                                  Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: **May 30, 2017**            */s/ Arthur Sojak*
                                  Debtor

                                  */s/ Amanda Sojak*
                                  Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-14749-CMG
Arthur Sojak                                                              Chapter 13
Amanda Sojak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: May 31, 2017
                              Form ID: pdf901          Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
```
db/jdb         Arthur Sojak,    Amanda Sojak,    63 Mutineer Ave,    Barnegat, NJ  08005-1317
516694526     +American Airlines Fcu,    PO Box 619001 MD 2100,    DFW Airport, TX  75261-9001
516694527      Amex,   Correspondence,    PO Box 981540,    El Paso, TX  79998-1540
516694528     #Avant Credit, Inc- Webbank,    640 N La Salle Dr Ste 535,    Chicago, IL  60654-3731
516694529    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC  27410-8110)
516768549      BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa, FL  33631-3785
516853006     +BorrowersFirst, Inc.,    c/o Bankruptcy Processing Solutions, Inc,    PO Box 593007,
               San Antonio, TX  78259-0200
516694530      Borrowersfir,    1114 Lost Creek Blvd,    Austin, TX  78746-6300
516694531      CAP1/Justice,    Capital,    1 Retail Services,    Salt Lake City, UT  84130
516823608      CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
               Greenville, SC  29603-0368
516694532      Capital One,    PO Box 30285,    Salt Lake City, UT  84130-0285
516694533      Capital One Retail Services,    PO Box 71106,    Charlotte, NC  28272-1106
516694534      Capital One- BuyPower Card,    PO Box 30285,    Salt Lake City, UT  84130-0285
516694535      Cardworks/CW Nexus-Merrick Bank,    Attn: Bankruptcy,    PO Box 9201,
               Old Bethpage, NY  11804-9001
516694536      Chase Card,    Attn: Correspondence,    PO Box 15298,    Wilmington, DE  19850-5298
516694537      Chase Card-Disney,    Attn: Correspondence,    PO Box 15298,    Wilmington, DE  19850-5298
516694538      Citibank North America-WAWA,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
               Saint Louis, MO  63179-0040
516694539      Citibank/Exxon Mobil,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
               Louis, MO  63129
516694540      Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
               Louis, MO  63129
516694541      Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
               Saint Louis, MO  63179-0040
516694542      Comenity Bank/Kingsi/Brylane Home,    PO Box 182125,    Columbus, OH  43218-2125
516694543      Comenity Bank/Victoria Secret,    PO Box 18215,    Columbus, OH  43218
516694544      Comenitybank/wayfair,    Comenity Bank,    PO Box 182125,    Columbus, OH  43218-2125
516694547      Disney Vacation Club,    1390 Celebration Blvd,    Celebration, FL  34747-5166
516694548      Disney Vacation Club,    Member Services,    1390 Celebration Blvd,    Celebration, FL  34747-5166
516694549      ExxonMobil Credit Card,    PO Box 6404,    Sioux Falls, SD  57117-6404
516694550      Fed Loan Sevicing,    PO Box 69184,    Harrisburg, PA  17106-9184
516694552      Furniturebar- Wells Fargo Bank,    PO Box 660553,    Dallas, TX  75266-0553
516694553      Genesis Bankcard Srvs,    15220 NW Greenbrier Pkwy Ste 200,    Beaverton, OR  97006-5762
516704892      Nissan,    POB 660366,    Dallas, TX  75266-0366
516694556      Nissan Finance,    PO Box 660360,    Dallas, TX  75266-0360
516694557      Nissan Motor Acceptance,    PO Box 660360,    Dallas, TX  75266-0360
516694567    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    PO Box 8026,
               Cedar Rapids, IA  52408-8026)
516694566      The Home Depot,    PO Box 653000,    Dallas, TX  75265-3000
516785823     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas  75001-9013
516797341    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank National Association,    c/o U.S. Bank Home Mortgage,
               a division of U.S. Bank National Assoc.,    4801 Frederica Street,    Owensboro, Kentucky 42301)
516694568      US Bank Home Mortgage,    Attn: Bankruptcy,    PO Box 5229,    Cincinnati, OH  45201-5229
516694569      Victoria's Secret,    PO Box 659728,    San Antonio, TX  78265-9728
516694570      Visa Dept Store National Bank-Macys,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH  45040-8053
516694571      Xcel Federal Credit Union,    3680 John F Kennedy Blvd,    Jersey City, NJ  07307-3108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 31 2017 23:40:32      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2017 23:40:31      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516694545      E-mail/PDF: creditonebknotifications@resurgent.com May 31 2017 23:36:26      Credit One Bank NA,
               PO Box 98873,    Las Vegas, NV  89193-8873
516705548      E-mail/Text: mrdiscen@discover.com May 31 2017 23:40:02      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516694546      E-mail/Text: mrdiscen@discover.com May 31 2017 23:40:02      Discover Financial,    PO Box 3025,
               New Albany, OH  43054-3025
516694555      E-mail/Text: bnckohlsnotices@becket-lee.com May 31 2017 23:40:07      Kohls/Capital One,
               Kohls Credit,    PO Box 3043,    Milwaukee, WI  53201-3043
516821655      E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2017 23:36:19
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
516853619      E-mail/Text: bnc-quantum@quantum3group.com May 31 2017 23:40:26
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0312-3          User: admin             Page 2 of 2               Date Rcvd: May 31, 2017
                              Form ID: pdf901         Total Noticed: 57


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516694558       E-mail/Text: bkdepartment@rtresolutions.com May 31 2017 23:40:40      Real Time Resolutions,
                 Attn: Bankruptcy,   PO Box 36655,   Dallas, TX 75235-1655
516694559       E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 23:36:07      Syncb/Nautilus,   PO Box 103104,
                 Roswell, GA   30076-9104
516694560       E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 23:36:28      Syncb/Toys R US,   PO Box 965064,
                 Orlando, FL   32896-5064
516696579      +E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 23:36:07      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516694561       E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 23:36:07      Synchrony Bank/ Jc Penneys,
                 PO Box 965064,   Orlando, FL   32896-5064
516694562       E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 23:36:18      Synchrony Bank/Care Credit-DICKS,
                 PO Box 965064,   Orlando, FL   32896-5064
516694563       E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 23:36:28      Synchrony Bank/Lowes,
                 PO Box 965064,   Orlando, FL   32896-5064
516694564       E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 23:36:28      Synchrony Bank/Qvc,
                 PO Box 965064,   Orlando, FL   32896-5064
516694565      +E-mail/Text: bankruptcy@td.com May 31 2017 23:40:34      Td Bank, N.A.,   Attn: Bankruptcy,
                 32 Chestnut St,   Lewiston, ME 04240-7799
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516694551*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:   FIA Card Services,   PO Box 15019,   Wilmington, DE  19886-5019)
516694554      ##Gordon & Weinberg, PC,   1001 E Hector St Ste 220,   Conshohocken, PA  19428-2395
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marc C. Capone    on behalf of Joint Debtor Amanda   Sojak mcapone@caponeandkeefe.com,
           docs@caponeandkeefe.com
          Marc C. Capone    on behalf of Debtor Arthur   Sojak mcapone@caponeandkeefe.com,
           docs@caponeandkeefe.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```