UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Karina Velter
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Email: kvelter@manleydeas.com

**Order Filed on December 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Arthur Sojak
Amanda Sojak

Case No.: 17-14749

Hearing Date: December 4, 2019 at 9:00

Judge: Christine M. Gravelle

Chapter: 13

| Recommended Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

### ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 5, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of  Disney Vacation Development, Inc.                          , under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒  Real property more fully described as:

Unit 15 of Disney's Polynesian Villas & Bungalows, Orlando, Florida, 32830

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.   Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*