| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Arthur Sojak**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0051<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | **Amanda Sojak**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9241<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–14749–CMG | | |

## Order of Discharge                                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Arthur Sojak                                                  Amanda Sojak


   <u>5/20/22</u>                                                **By the court:** <u>Christine M. Gravelle</u>
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Arthur Sojak  
Amanda Sojak  
    Debtors

Case No. 17-14749-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: May 20, 2022 | Form ID: 3180W | Total Noticed: 73 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Arthur Sojak, Amanda Sojak, 63 Mutineer Ave, Barnegat, NJ 08005-1317 |
| 516694528 | | Avant Credit, Inc- Webbank, 640 N La Salle Dr Ste 535, Chicago, IL 60654-3731 |
| 516853006 | + | BorrowersFirst, Inc., c/o Bankruptcy Processing Solutions, Inc, PO Box 593007, San Antonio, TX 78259-0200 |
| 516694530 | | Borrowersfir, 1114 Lost Creek Blvd, Austin, TX 78746-6300 |
| 516694531 | | CAP1/Justice, Capital, 1 Retail Services, Salt Lake City, UT 84130 |
| 516694539 | | Citibank/Exxon Mobil, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040S, Louis, MO 63129 |
| 516694540 | | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040S, Louis, MO 63129 |
| 516694547 | | Disney Vacation Club, 1851 Community Dr., Lake Buena Vista, FL 32830 |
| 516694552 | | Furniturebar- Wells Fargo Bank, PO Box 660553, Dallas, TX 75266-0553 |
| 516694554 | | Gordon & Weinberg, PC, 1001 E Hector St Ste 220, Conshohocken, PA 19428-2395 |
| 516694556 | | Nissan Finance, PO Box 660360, Dallas, TX 75266-0360 |
| 516880283 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 516881533 | + | TD Bank, NA, Michael E. Blaine, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 516694571 | | Xcel Federal Credit Union, 3680 John F Kennedy Blvd, Jersey City, NJ 07307-3108 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 20 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 20 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516694526 | | Email/Text: bankruptcy@aacreditunion.org | May 20 2022 20:41:00 | American Airlines Fcu, PO Box 619001 MD 2100, DFW Airport, TX 75261 |
| 516867564 | | Email/PDF: bncnotices@becket-lee.com | May 20 2022 20:46:41 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516694527 | | Email/PDF: bncnotices@becket-lee.com | May 20 2022 20:47:07 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 516694529 | | EDI: BANKAMER.COM | May 21 2022 00:38:00 | Bank of America, 4161 Piedmont Pkwy, Greensboro, NC 27410-8110 |
| 516694551 | | EDI: BANKAMER.COM | May 21 2022 00:38:00 | FIA Card Services, PO Box 15019, Wilmington, DE 19886-5019 |
| 516768549 | | EDI: BANKAMER.COM | May 21 2022 00:38:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516694566 | | EDI: CITICORP.COM | May 21 2022 00:38:00 | The Home Depot, PO Box 653000, Dallas, TX 75265-3000 |
| 516823608 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 20 2022 20:47:05 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 17-14749-CMG    Doc 62    Filed 05/22/22    Entered 05/23/22 00:13:29    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 20, 2022 | Form ID: 3180W | Total Noticed: 73 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 516694532 | | EDI: CAPITALONE.COM | May 21 2022 00:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516694533 | | EDI: CAPITALONE.COM | May 21 2022 00:38:00 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 516909486 | | Email/PDF: bncnotices@becket-lee.com | May 20 2022 20:47:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516694534 | | EDI: CAPITALONE.COM | May 21 2022 00:38:00 | Capital One- BuyPower Card, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516694535 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 20 2022 20:46:51 | Cardworks/CW Nexus-Merrick Bank, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516902252 | + | EDI: BASSASSOC.COM | May 21 2022 00:38:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 516694538 | | EDI: CITICORP.COM | May 21 2022 00:38:00 | Citibank North America-WAWA, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 516694541 | | EDI: CITICORP.COM | May 21 2022 00:38:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 516694542 | | EDI: WFNNB.COM | May 21 2022 00:38:00 | Comenity Bank/Kingsi/Brylane Home, PO Box 182125, Columbus, OH 43218-2125 |
| 516694543 | | EDI: WFNNB.COM | May 21 2022 00:38:00 | Comenity Bank/Victoria Secret, PO Box 18215, Columbus, OH 43218 |
| 516694544 | | EDI: WFNNB.COM | May 21 2022 00:38:00 | Comenitybank/wayfair, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 516694545 | | Email/PDF: creditonebknotifications@resurgent.com | May 20 2022 20:47:05 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516933595 | | EDI: Q3G.COM | May 21 2022 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516705548 | | EDI: DISCOVER.COM | May 21 2022 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516694546 | | EDI: DISCOVER.COM | May 21 2022 00:38:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 516694549 | | EDI: CITICORP.COM | May 21 2022 00:38:00 | ExxonMobil Credit Card, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 516694550 | | Email/Text: bncnotifications@pheaa.org | May 20 2022 20:41:00 | Fed Loan Sevicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 516694553 | | EDI: PHINGENESIS | May 21 2022 00:38:00 | Genesis Bankcard Srvs, 15220 NW Greenbrier Pkwy Ste 200, Beaverton, OR 97006-5762 |
| 516936603 | | EDI: JEFFERSONCAP.COM | May 21 2022 00:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516694536 | | EDI: JPMORGANCHASE | May 21 2022 00:38:00 | Chase Card, Attn: Correspondence, PO Box 15298, Wilmington, DE 19850-5298 |
| 516694537 | | EDI: JPMORGANCHASE | May 21 2022 00:38:00 | Chase Card-Disney, Attn: Correspondence, PO Box 15298, Wilmington, DE 19850-5298 |
| 516694555 | | Email/Text: PBNCNotifications@peritusservices.com | May 20 2022 20:41:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 516821655 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2022 20:46:46 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 17-14749-CMG    Doc 62    Filed 05/22/22    Entered 05/23/22 00:13:29    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 20, 2022 | Form ID: 3180W | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| 516904890 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2022 20:46:47 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516901735 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2022 20:42:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516704892 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 20 2022 20:41:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 516694557 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 20 2022 20:41:00 | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 516944510 | | EDI: PRA.COM | May 21 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516950210 | | EDI: PRA.COM | May 21 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516853619 | | EDI: Q3G.COM | May 21 2022 00:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516694558 | | Email/Text: bkdepartment@rtresolutions.com | May 20 2022 20:42:00 | Real Time Resolutions, Attn: Bankruptcy, PO Box 36655, Dallas, TX 75235-1655 |
| 516694559 | | EDI: RMSC.COM | May 21 2022 00:38:00 | Syncb/Nautilus, PO Box 103104, Roswell, GA 30076-9104 |
| 516694560 | | EDI: RMSC.COM | May 21 2022 00:38:00 | Syncb/Toys R US, PO Box 965064, Orlando, FL 32896-5064 |
| 516696579 | + | EDI: RMSC.COM | May 21 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516694561 | | EDI: RMSC.COM | May 21 2022 00:38:00 | Synchrony Bank/ Jc Penneys, PO Box 965064, Orlando, FL 32896-5064 |
| 516694562 | | EDI: RMSC.COM | May 21 2022 00:38:00 | Synchrony Bank/Care Credit-DICKS, PO Box 965064, Orlando, FL 32896-5064 |
| 516694563 | | EDI: RMSC.COM | May 21 2022 00:38:00 | Synchrony Bank/Lowes, PO Box 965064, Orlando, FL 32896-5064 |
| 516694564 | | EDI: RMSC.COM | May 21 2022 00:38:00 | Synchrony Bank/Qvc, PO Box 965064, Orlando, FL 32896-5064 |
| 516694565 | | EDI: TDBANKNORTH.COM | May 21 2022 00:38:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 516694567 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 20 2022 20:41:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 516785823 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 20 2022 20:41:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516944467 | | Email/Text: bncnotifications@pheaa.org | May 20 2022 20:41:00 | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 518585790 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 20 2022 20:42:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518585791 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 20 2022 20:42:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, U.S. Bank Trust National Association, as, 84119-3284 |
| 516797341 | | EDI: USBANKARS.COM | May 21 2022 00:38:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage, a division of U.S. Bank National Assoc., 4801 Frederica Street, Owensboro, |

| | | | | |
|---|---|---|---|---|
| 516694568 | EDI: USBANKARS.COM | | | Kentucky 42301 |
| | | May 21 2022 00:38:00 | | US Bank Home Mortgage, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 516694569 | EDI: WFNNB.COM | May 21 2022 00:38:00 | | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 516694570 | EDI: CITICORP.COM | May 21 2022 00:38:00 | | Visa Dept Store National Bank-Macys, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 516892095 | EDI: WFFC.COM | May 21 2022 00:38:00 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516694548 | * | Disney Vacation Club, 1851 Community Dr., Lake Buena Vista, FL 32830 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karina Velter | on behalf of Creditor Disney Vacation Development Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Marc C Capone | on behalf of Joint Debtor Amanda Sojak ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Debtor Arthur Sojak ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Michael J. Milstead | on behalf of Creditor U.S. Bank National Association as Trustee michael@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3     User: admin     Page 5 of 5
Date Rcvd: May 20, 2022     Form ID: 3180W     Total Noticed: 73
TOTAL: 7